■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DELAROSA, True Name JOSE DELA ROSA, Appellant. [644 NYS2d 34]

Accepting the hearing court's findings of credibility (*see, People v Prochilo*, 41 NY2d 759, 761), defendant has failed to carry his burden of demonstrating (*see, People v Chipp*, 75 NY2d 327, 335, *cert denied* 498 US 833) that the first officer's stationhouse identification of him, while he was unrestrained and not at that point a suspect, was somehow prompted or other than inadvertent, and therefore suppressible as a suggestive police identification procedure (*see, People v Acosta*, 181 AD2d 577, *lv denied* 79 NY2d 1045; *People v Sanders*, 176 AD2d 477, *lv denied* 79 NY2d 831). In any event, the subsequent

lineup identification by another officer was valid regardless of the validity of the first identification (*People v Washington*, 160 AD2d 205, *lv denied* 76 NY2d 798, 992), and there was ample independent source for the in-court identifications by both officers. We have considered defendant's other claims and find them to be without merit. Concur—Rosenberger, J. P., Wallach, Nardelli and Tom, JJ.